JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Alan<br><br>        Plaintiff,<br><br>v.<br><br>Verengo, Inc.<br><br>        Defendants. | Case No. CV 15-07575-AB (PJWx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **_60_ days,** to re-open the action n if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action. The Court's Order to Show Cause issued April 26, 2016 (Dkt. No. 23) is **DISCHARGED**.

Dated: April 28, 2016         _____

                                            HON. ANDRÉ BIROTTE JR.
                                            UNITED STATES DISTRICT JUDGE

1.